```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22970
    DAVID J MCCORMICK
    ELIZABETH A MCCORMICK                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5443    SSN XXX-XX-6426


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 12/07/07 and confirmed on 01/31/08.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   1290.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDFIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| MIDFIRST BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 3427.35 | 41.61 | 283.48 |
| RIVERBROOK ESTATES HOA | SECURED | 1085.00 | .00 | 60.28 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| FAMILY PRACTICE CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| KIDCARE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                         UNSECURED      NOT FILED              .00         .00
PRAIRIE EMERGENCY SERVIC          UNSECURED      NOT FILED              .00         .00
SHOREWOOD FAMILY DENTAL           UNSECURED      NOT FILED              .00         .00
UPC LTD                           UNSECURED      NOT FILED              .00         .00
        Summary of disbursements:
-------------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   4512.35          .00          .00         .00       4512.35
PRINCIPAL PAID        343.76          .00          .00         .00        343.76
INTEREST PAID          41.61          .00          .00         .00         41.61
TOTAL PAID            385.37          .00          .00         .00        385.37
```

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   3000.00
and was paid $    1100.00   direct and $     829.81   through the plan.

The Trustee received $      74.82 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 10/08/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                                  PAGE   2
           CASE NO. 07 B 22970 DAVID J MCCORMICK & ELIZABETH A MCCORMICK